**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00102-REB-CBS

ROBERT CARY, and
LINDA CARY,

    Plaintiffs,

v.

U.S. BANK, N.A., as TRUSTEE, on BEHALF OF THE HOLDERS OF THE CREDIT
SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP. HOME EQUITY PASS
THROUGH CERTIFICATES, SERIES 2007-1;
BARRETT, FRAPPIER & WEISSERMAN LLP; and
PUBLIC TRUSTEE OF CUSTER COUNTY, COLORADO, in her official capacity,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the parties' **Joint Motion To Dismiss with Prejudice** [#17][1] filed April 11, 2016. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Dismiss with Prejudice** is granted; and

    2. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#17]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated April 22, 2016, at Denver, Colorado.

**BY THE COURT:**

/s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge